E-filing

1. VINCENT ROSENBAUM                                    3/14/08
2. 2100 NAPA VALLEJO HIGHWAY
3. NAPA, CALIFORNIA 94558
4.     UNITED STATES DISTRICT COURT
5. NORTHERN DISTRICT OF CALIFORNIA
6. UNITED STATES OF AMERICA  CV 08  1836 SI
7.           V                } CRIMINAL COMPLAINT
8. DR. ANNA WILTSE            }           (PR)
9. NAPA STATE HOSPITAL        }
10. 2100 NAPA VALLEJO HIGHWAY }
11. NAPA, CALIFORNIA 94558    } DEMAND JURY TRIAL
12.    I, THE UNDERSIGNED COMPLAINANT STATE THAT
13. THE FOLLOWING IS TRUE AND CORRECT TO
14. THE BEST OF MY KNOWLEDGE. ON OR ABOUT
15. February 20, 2007 IN NAPA COUNTY, IN THE
16. NORTHERN DISTRICT OF CALIFORNIA DEFENDANT(S)
17. DID COMMIT THE CRIME OF PERJURY
18. IN VIOLATION OF TITLE 18 UNITED STATES
19. CODE, SECTION 242 AND THE 14th AMEN-
20. DMENT OF THE U.S. CONSTITUTION. I
21. FURTHER STATE I AM A PROFESSIONAL
22. GOLFER AND THIS COMPLAINT IS BASED
23. ON MISCONDUCT BY DR. WILTSE, I ASK
24. THE COURT FOR A SUMMARY JUDGMENT
25. OF $1 MILLION DOLLARS.
26.                             Vincent Rosenbaum
27.                             3/14/08
28.