PROOF OF MAIL DELIVERY       3/17/08

I am Vincent Rosenbalm and American citizen over 18 years of age.

ON 3/17/08 I served the within
1) Criminal complaint
2) Miscellaneous Financial papers

by placing a sealed envelope in the Napa State Hospital Mail.

Addressed to
   COURT Clerk: RICHARD WIEKING
   U.S. DISTRICT COURT
   450 GOLDEN GATE AVE
   SAN FRANCISCO, CA 94102

FROM
   Vincent Rosenbalm
   2100 Napa Vallejo Highway
   Napa, CA 94558

Under the Penalty of Perjury this is true and correct to the best of my knowledge.

Vincent Rosenbalm
3/17/08

Vincent Rosenbach
2100 Napa Vallejo Highway ung s/b
Napa, CA 94558

LEGAL MAIL

Court Clerk: Richard Wieking
U.S. District Court
450 Golden Gate Ave
San Francisco, CA 94102