FILED
08 APR 17 PM 1:10

E-filing

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
                    Plaintiff,

vs.

DR. ANNA WILTSE
NAPA STATE HOSPITAL
                    Defendant.

CASE NO. _____

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

(PR)

I, VINCENT ROSENBAUM, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: Approx $20 week    Net: Approx $20 week
Employer: NAPA State Hospital
2100 NAPA VALLEJO HIGHWAY NAPA CA 94558

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or                    Yes ✓  No ___
10            self employment
11      b.    Income from stocks, bonds,                 Yes ___ No ✓
12            or royalties?
13      c.    Rent payments?                             Yes ___ No ✓
14      d.    Pensions, annuities, or                    Yes ___ No ✓
15            life insurance payments?
16      e.    Federal or State welfare payments,         Yes ✓  No ___
17            Social Security or other govern-
18            ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  __12⁵⁰ welfare Hospital_____
22  __3²⁵ AUTHOR HOUSE BOOKS sale of Book_____
23  3.    Are you married?                               Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

ALL ESTiMAtes

1  b.  List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).
5     J D R (17)
6     _____
7  5.  Do you own or are you buying a home?   Yes ___  No ✓
8  Estimated Market Value: $_____  Amount of Mortgage: $_____
9  6.  Do you own an automobile? (2)    Yes ✓ No ___
10 Make SUBARU   Year 92, 93   Model Legacy
11 Is it financed? Yes ___ No ✓ If so, Total due: $_____
12 Monthly Payment: $ 0
13 7.  Do you have a bank account?  Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $_____
17 Do you own any cash? Yes ✓ No ___ Amount: $ $20.00
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ✓ No ___
20 Personal Property Estimated $ 10-15,000
21 8.  What are your monthly expenses?
22 Rent: $_____   Utilities: _____
23 Food: $_____   Clothing: _____
24 Charge Accounts:
25 Name of Account        Monthly Payment        Total Owed on This Acct.
26 _____   $_____   $_____
27 _____   $_____   $_____
28 _____   $_____   $_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

SCHOOL LOANS        Approx    $ 5 – 10,000.00
CREDIT CARD Debt    Approx    $ 5 – 10,000.00

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___ No ___    NOT SURE ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

NOT SURE

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4/14/08                          Vincent Rosenbalm
DATE                             SIGNATURE OF APPLICANT

1
2                                              Case Number: _____
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                          **IN**
10                              **PRISONER'S ACCOUNT**
11

      I certify that attached hereto is a true and correct copy of the prisoner's trust account
statement showing transactions of _____ for the last six months
                                         [prisoner name]
_____ where (s)he is confined.
      [name of institution]
      I further certify that the average deposits each month to this prisoner's account for the
most recent 6-month period were $_____ and the average balance in the prisoner's
account each month for the most recent 6-month period was $_____.

Dated:_____                    _____
                                    [Authorized officer of the institution]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-filing

Dear Sir or Madam:

Your complaint has been filed as civil case number CV 08 36 .

__✓__ A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ____ you did not file an In Forma Pauperis Application.

2. __✓__ the In Forma Pauperis Application you submitted is insufficient because:

   __✓__ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ____ Your In Forma Pauperis Application was not completed in its entirety.

   ____ You did not sign your In Forma Pauperis Application.

   __✓__ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   __✓__ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 11/07

ROSENBALM