1  VINCENT ROSENBAUM                        6/30/08
2  2100 NAPA VALLEJO HIGHWAY            FILED
3  NAPA, CALIFORNIA 94558               JUL 0 2 2008
                                        RICHARD W. WIEKING
4       UNITED STATES DISTRICT          CLERK U.S. DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA
5  NORTHERN DISTRICT OF CALIFORNIA
6  IN RE                    ) NOTICE OF APPEAL
7  VINCENT ROSENBAUM        ) or certificate of
8       Plaintiff           ) APPEALABILITY
9                           ) NO: C08-1765 SI (pr)
10                          ) NO: C08-1835 SI (pr)
11                          ) NO: C08-1836 SI (pr)
12                            NO: C08-2064 SI (pr)
13  I hereby give notice I appeal
14  the above cases to the U.S. COURT
15  OF APPEALS FOR THE NINTH CIRCUIT
16  FROM THE U.S. DISTRICT COURT JUDGMENT
17  ON OR ABOUT JUNE 23, 2008 by JUDGE
18  ILLSTON. I BELIEVE A CONFLICT OF INTER-
19  EST EXISTS BETWEEN JUDGE ILLSTON
20  FOR ANY OF MY CASES IN BOTH
21  THE U.S. DISTRICT COURT AND COURT
22  OF APPEALS DUE TO JUDICIAL
23  MISCONDUCT. UNDER THE PENALTY
24  OF PERJURY THIS IS TRUE AND
25  CORRECT TO THE BEST OF MY KNOWLEDGE.
26                        Vincent Rosenbalm
27                        6/30/08
28

VINCENT ROSENBALM                    6/30/08
2100 NAPA VALLEJO HIGHWAY
NAPA, CALIFORNIA 94558
   U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DECLARATION IN SUPPORT OF APPEAL

1) ONE OF THE REASONS FOR NOT PAYING THE FEES IS I APPLIED UNDER 28 U.S.C 1915(G) DUE TO AN ATTACK ON OR ABOUT 5/3/07 THAT NEARLY KILLED ME, After I WAS Beaten Near Death, I fear FOR MY LIFE DUE TO THIS ATTACK. UNDER 28 U.S.C 1915(G) I SHOULD BE ELIGIBLE FOR A WAIVER OF FEES.

2) POLICE OFFICER (STARK) stole about $5600 CASH/CHECKS AT ARREST AND REFUSES TO RETURN THEM.

3) A CONFLICT OF INTEREST exists between JUDGE ILLSTON AND ME OVER A JUDICIAL MISCONDUCT INVESTIGATION.

UNDER THE PENALTY OF perjury THIS IS true AND correct to THE Best OF MY knowledge.

                          Vincent Rosenbalm

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.

VINCENT ROSENBALM,

    Plaintiff.

No. C 08-1765 SI (pr)
No. C 08-1835 SI (pr)
No. C 08-1836 SI (pr)
No. C 08-2064 SI (pr)

**JUDGMENT**

Each of these actions is dismissed without prejudice to plaintiff asserting his claims in an action for which he pays the full filing fee at the time he files his complaint.

IT IS SO ORDERED AND ADJUDGED.

Dated: June 22, 2008

SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.

VINCENT ROSENBALM,

Plaintiff.

No. C 08-1765 SI (pr)
No. C 08-1835 SI (pr)
No. C 08-1836 SI (pr)
No. C 08-2064 SI (pr)

**ORDER OF DISMISSAL**

On May 8, 2008, the court denied pauper status for plaintiff and ordered him to pay the full $350.00 filing fee for each of these four actions by June 2, 2008 or each action would be dismissed. That deadline has passed but plaintiff never paid the filing fee for any of the actions. For the foregoing reasons, each of these actions are dismissed because plaintiff failed to comply with the order to pay the filing fee. The application to proceed in forma pauperis filed on May 15, 2008 in Case No. C 08-2064 SI is DISMISSED because the court had already denied pauper status is that action. (Docket # 6.)

The clerk shall close the file for each of the four cases.

IT IS SO ORDERED.

Dated: June 23, 2008

SUSAN ILLSTON
United States District Judge

```
 1  PROOF OF SERVICE              6/30/08
 2  I am Vincent Rosenbalm an
 3  American citizen over 18 years
 4  of age.
 5  ON 6/30/08 I served the within
 6  1) DECLARATION
 7  2) NOTICE OF Appeal
 8  3) JUDGMENT PAPERS
 9  By placing a copy in the
10  Napa State Hospital mail
11  Addressed to
12       COURT CLERK
13       U.S. DISTRICT COURT
14       450 GOLDEN GATE AVE
15       SAN FRANCISCO, CA 94102
16  From
17       Vincent Rosenbalm
18       2100 Napa Vallejo Highway
19       Napa, CA 94558
20
21  Under the Penalty of Perjury
22  this is true and correct to
23  the best of my knowledge.
24                    Vincent
25                    Rosenbalm
26
27
28
```

Vincent Rosenbalm 85
2100 Napa Vallejo Highway
Napa, CA 94558

Legal Mail

Court Clerk
U.S. District Court
450 Golden Gate Ave
SAN FRANCISCO, CA 94102

