**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

July 2, 2008

Vincent Rosenbalm  
#83912  
Napa State Hospital  
2100 Napa Vallejo Highway  
Napa, CA 94558

SUBJECT:     Request for Payment of Docket Fee

**Title: In re VINCENT ROSENBALM**
**Case Number:         CV 08-01836 SI**
**Court of Appeals Number:**

A notice of appeal was filed with this Court on July 2, 2008 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

**The check is to be made payable to "CLERK, U.S. DISTRICT COURT."**

Sincerely,

**RICHARD W. WIEKING, Clerk**

/s/

by:  **Yumiko Saito**
**Case Systems Administrator**

**cc: U.S. Court of Appeals**